WILLIAM T. LAING, Respondent, *v.* PELTON WATER WHEEL COMPANY, Appellant.

Reported below, 122 App. Div. 677.
(Argued March 30, 1908; decided April 7, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1907, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous; that the findings of fact must be presumed to be supported by the evidence ; that those findings plainly sustain the conclusions of law ; that the exceptions are frivolous, and that no question of law reviewable by this court is presented by the record.

*Benjamin N. Cardozo* for motion.

*Frederick E. Anderson* opposed.

Motion denied, with ten dollars costs.